# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

Helene Tonique Williams

Plaintiff,

v. DCFS/The People of the State of Illinois, Edward D. Williams

Defendant(s).

Case No. 19-3296

FILED
DEC 2 0 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at P.O. Box 641373, Chicago IL 60664, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant DCFS/The People of the State of Illinois is employed as a
(a) (Name of First Defendant)
DCFS/Children + Family Services
(b) (Position/Title)
with DCFS/The people of the State of Illinois  406 East Monroe Street
(c) (Employer's Name and Address)  Springfield, Illinois 62701

1

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: I was never allowed to have any knowledge of or about my biological family, and was sent to a abusive home where I was child abuse, trafficed, and held hostage for Contraband because DCFS / The people of the state of Illinois Placed me in the care of the Williams family / foster family.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.  Defendant Edward D. Williams (sr) is employed as a
(a) (Name of Second Defendant)
ex employee of Chicago Secret Service (federal)
(b) (Position/Title)
with 15531 S. Loomis Harvey IL, 60426 (Cook County.)
(c) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: I was sexually abused, child abused, and child sex trafficed to adults and relatives of Edward D. Williams from the Ages of 3 years old to 17, Edward D. Williams lied about being born in Illinois and was from ~~[redacted]~~ His Mississippi, but put on my birth certification he was born in Illinois and was allowed to illegally live off me / share birth and citizen rights, and held me hostage after my foster mother

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: I'd also like a order of protection against Edward D. Williams, and his family members for myself.

2

Helen Oliver Williams died, who was certified by Illinois state to be my foster mother / co-parent she died in 1996 ~~February~~ 15th, and he was suppose to return me back to the state of Illinois.

**Defendant #3:**

D.  Defendant _Illinois Department of Human Rights_ is employed as a
(a) (Name of Third Defendant)

_Department of Human Rights_
(b) (Position/Title)

with _100 W. Randolph St, Chicago IL 60601_.
(c) (Employer's Name and Address)

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: The Illinois Department of Human Rights also know as the people of the State of Illinois worked with the foster care family during my adoption and after I aged out. When I got older and filed Human Rights complaints they used my paperwork as contraband and allowed the foster family members and Edward D Williams to represent me meanwhile dismissing all my cases.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additioual Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about **for 34 years** (month, day, year), at approximately **during foster care** ☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) **Illinois, Cook County / Harvey**, in the County of **Cook County**, in the State of Illinois, at **Illinois**,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

- ☑ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☑ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with necessary medical care;
- ☑ conspired together to violate one or more of plaintiff's civil rights;
- ☑ other *(please explain)*: **The city of Harvey / Cook County or Cook County Illinois has used my citizenship / birth rights by holding hostage in foster care, and using my credentials as contraband in my adult years.**

2. Plaintiff was charged with one or more crimes, specifically: **Agg UUW loaded / NO-FCCA-NO-FOID Agg UUW Vehicle ect.**

3. The criminal proceedings *(check the box that applies)*:

- ☑ are still pending.
- ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
- ☐ resulted in a finding of guilty on one or more of the charges.
- ☐ other: _____

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

Defendant Edward D. Williams was later let go by federal company Secret Service in 2010 or 2011, and went postal after later finding out I became a honor student in the Job Corps/MTC Program located in Chicago IL called Student Government Associates as "Secretary of State", in which I served for ex-president Barack Obama, I later was sent to South Suburban College by Illinois Congresswoman Robin Kelly and took Political State classes/Criminal State classes as well as federal, and when it was time to get my associates degree, they didn't want to give it to me, I later after that got invited to the Illinois National Guards after passing my physical test, and was denied active duty status because Edward Williams slandered my reputation, finally I became a member of Illinois compiled status/Illinois State Police Concealed carry program as a uniformed security officer of the state and Edward D. Williams had me followed for contraband for my paperwork, which is kidnapping strong arme racketeering. All my rooms were wire transferred.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

My privacy was stolen, defamation of my character, I was denied my citizen rights!

7. Plaintiff asks that this case be tried by a jury.  ☐ Yes   ☒ No

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 30,000,000 to compensate for *(check all that apply)*:

   - ☑ bodily harm
   - ☑ emotional harm
   - ☑ pain and suffering
   - ☑ loss of income
   - ☑ loss of enjoyment of life
   - ☑ property damage

2. Punitive Damages:   ☑ Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 12-16-2019

Signature of Plaintiff: *Helene Tonique Williams*

Plaintiff's Name *(print clearly or type)*: Helene Tonique Williams

Mailing Address: P.O. Box 641373

City: Chicago   State: IL   Zip: 60664

Plaintiff's Telephone Number: (312) 401-5988

7

From: Helene Tonique Williams
P.O. Box 641373
Chicago IL, 60664






ReadyPost
Document Mailer

62701-166026

To: Central District of Illinois
Office of the Clerk
United States District Court
151 U.S. Courthouse
600 East Monroe St.
Springfield, IL 62701